**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF GREENBELT, MARYLAND**

FILED
2010 MAY 13 AM 10: 51

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

IN RE:  CASE: NO. 09-30796

FRANKLIN D. HENDERSON

CONFIRM DATE:
March 16, 2010

Debtor

CHAPTER 13

### DEBTOR'S MOTION FOR SETOFF
### AND/OR OTHER APPROPRIATE RELIEF

Comes now the Debtor, Franklin D. Henderson, Pro Se, and respectfully represents unto this Court:

1. That the Debtor filed a Chapter 13 Petition with this Court on October 29, 2009; since that time a sale of realty to satisfy debts and a 100% Plan have been approved by this Court.
2. That since January 28, 2008 the Creditor, U. S. Bank Home Mortgage, NA, P.O. Box 20005, Owensboro, KY 42304, account no. 4800124209 has been unjustly holding Debtor's proceeds in the amount of $15,051.13; proceeds from State Farm Insurance to repair water damage to Debtor's home at 42 Castleton Drive, Upper Marlboro, Maryland 20774.
3. That since that date, January 28, 2008, Debtor has lived with this water damage waiting for U. S. Bank, NA to release the proceeds so that Debtor could begin the needed repairs. See Exhibit A (State Farm's Draft, U. S. Bank's Intent to Foreclose and Debtor's letter of request for the State Farm Draft).
4. That the granting of this Motion with the release of said proceeds with interest at the legal rate, to the Debtor is essential to the Debtor's reorganization under Chapter 13 of the United State's Bankruptcy Code.

Wherefore, for the above reasons and others to be asserted at a future date this Debtor prays as follows:

1. That this Honorable Court enter an order allowing a Setoff to the Debtor against any amounts owed by the Debtor to the Creditor, U.S. Bank Home Mortgage, NA.
2. That the Setoff includes interest on Debtor's proceeds at the legal rate from date on State Farm's check.
3. That this Court awards such further relief as it deems just and appropriate.

Respectfully Submitted,

_____
Franklin D. Henderson-Debtor
42 Castleton Drive
Upper Marlboro, Maryland 20774
240-472-5805

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF GREENBELT, MARYLAND

IN RE:

                CASE: NO. 09-30796 PM

FRANKLIN D. HENDERSON     CONFIRM DATE:
Debtor                             March 16, 2010
                                            CHAPTER 13

****************

### ORDER

Upon Consideration of Debtor's Motion for Setoff and/or Other Appropriate Relief, there being no opposition, for good cause, and it appearing to this Court that the Debtor is entitled to relief, it is hereby, on this _____ day of _____, 2010,

**ORDERED**, that the Debtor's Motion for Setoff and/or Other Appropriate Relief be, and is hereby, **GRANTED,** and it is further,

ORDERED, that interest be credited to Debtor at the legal rate, and it is further,

ORDERED, that_____

_____.

 

_____
United States Bankruptcy Judge

May 12, 2010

United States Bankruptcy Court
Greenbelt Division
6500 Cherry wood Lane Suite 300
Greenbelt, Maryland 20770

FILED

2010 MAY 13 AM 10: 51

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

RE: Franklin Henderson-Debtor
O9-30796 PM

Dear Sir/Madam:

Please file and docket these pleading in the appropriate case.
Thanking you in advance. I am,

Sincerely,

Franklin D Henderson—Debtor
240-472-5805