**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt**

**Date: 5/14/10**

In re:   Case No.:   09−30796 PM     Chapter:   13

Franklin D. Henderson
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT: 69 – Debtor's Motion for Setoff and/or other Appropriate Relief Filed by Franklin D. Henderson . (Balthrop, B)

PROBLEM: A Certificate of Service on all entities affected by the pleading was not filed.

CURE: A Certificate of Service on all entities affected by the pleading must be filed by the cure date shown below.

CONSEQUENCE: If the problem(s) is/are not cured by the date below, the pleading will be STRICKEN from the record.

**All deficiencies must be cured by 5/28/10.**

**Additional information for non−attorney filers is available at www.mdb.uscourts.gov/RL_prose.aspx.**

Mark D. Sammons, Clerk of Court
by Deputy Clerk, B Balthrop  301−344−0087

cc:   Debtor(s)
    Attorney for Debtor(s) – PRO SE

Form defntc (01/06)