May17, 2010

United States Bankruptcy Court
Greenbelt Division
6500 Cherry wood Lane Suite 300
Greenbelt, Maryland 20770

RE: Franklin Henderson-Debtor
    O9-30796  PM
    **Attachment to Debtor's Motion for Setoff and/or Other Relief**

Dear Sir/Madam:

Please attach this exhibit "A" with Debtor's May 12, 2010 Motion for Setoff and/or Other Relief. If there are any questions do not hesitate to call me at 240-472-5805. Thanking you in advance. I am,

Sincerely,

Franklin D Henderson—Debtor
240-472-5805

FILED 2010 MAY 17 AM 11:09 U.S. BANKRUPTCY COURT DISTRICT OF MARYLAND GREENBELT


Ex "A"

CLAIM NO 20-R792-507   POLICY NO 20-B77622-3   LOSS DATE 01-28-2008   PAYMENT NO 1 21 327507 J
DATE 02-20-2008
AMOUNT $15,051.13
TIN

| Coverage Description | Amount | COL/Line | Pay Cd |
|---|---|---|---|
| Water/Freezing - Building | $15,051.13 | 37/001 | 2 |

Re-issue 2/24/09

RETAIN STUB FOR RECORDS
AUTHORIZED BY TOPPER, TARA
PHONE (800) 303-7626

REMARKS   coverage A

STATE FARM FIRE AND CASUALTY COMPANY
FREDERICK, MD
BANK OF AMERICA, N.A.  64-1278/611
ATLANTA, GA
FIRE CLM CENTRAL  21-052 L043

1 21 327507 J

02-20-2008
DATE  MM DD YYYY

CLAIM NO 20-R792-507   INSURED HENDERSON, FRANKLI
LOSS DATE 01-28-2008

**************EXACTLY FIFTEEN THOUSAND FIFTY-ONE AND 13/100 DOLLARS      $****15,051.13

Pay to the
Order of: FRANKLIN D. HENDERSON & US BANK NA US BANK HOME MORTGAGE ITS
SUCCESSORS AND/OR ASSIGNS
42 CASTLETON DR
UPPER MARLBORO MD 20774-1439

AUTHORIZED SIGNATURE

Certified Number 7008 1300 0001 4437 8411

September 24, 2009

U.S. Bank Home Mortgage
P.O. Box 20005
Owensboro, KY 42304-0005


RE: Franklin Henderson
    42 Castleton Drive
    Upper Marlboro, Maryland 20774
    Loan # 4800124209


Dear Sir:

Please note that my cash flow has decreased substantially causing me to be late in making mortgage payments to your company. You still have a small amount of equity in my property, which I intend to honor. The August 31, 2009 notice to foreclose sent to me was not necessary.

State Farm Insurance check: You are unjustly holding a check that is owed to me from state farm in the amount of $15, 051.00 which can be applied toward the elimination of the arrearage.

I need additional time, a modification / a forbearance, or one of the options spelled out in President Obama's plan to keep people in their homes.
Please advise!!

Sincerely,

Franklin Henderson

March 9, 2009

US Bank Home Mortgage
4801 Frederica Street
PO Box 20005
Owensboro, KY 42304-0005

RE: #4800124209
    Franklin Henderson
    42 Castleton Drive
    Upper Marlboro, Maryland 20774

Attention: Ms Kitty

Dear Ms Kitty:

Enclosed is a recently issued draft from State Farm Insurance payable to Franklin D. Henderson and US Bank NA US Bank Home Mortgage.... in the amount of $15,051.13 to cover water damage at 42 Castleton Drive. The last time we communicated you indicated that you could send to me $10,000 of the check up front and the balance at a later stage. Please do this ASAP...I have had serious difficulty trying to find contractors who are willing to wait around for their money. Once they saw the conditions imposed on the disbursement of the monies they simply left the job site.

I have endorsed the draft on the back. Thanking you in advance, I am,

Sincerely,


Franklin D. Henderson

4